# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD C. DIAZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>ATTORNEY GENERAL, *et al.*,<br><br>　　　　　Respondents. | Case No. ED CV 12-0964 GW (JCG)<br><br>**JUDGMENT** |

　　　IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: September 18, 2012

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HON. GEORGE H. WU
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE